# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MEGAN STANLEY BOND

   Plaintiff,

 -vs-

THE PARADIES SHOPS, INC.

   Defendant

Case No. 3:11CV289

District Judge Thomas M. Rose

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator.   The Court would request that a mediation be scheduled in October, 2012.

September 25, 2012      *s/THOMAS M. ROSE*

                Thomas M. Rose
               United States District Judge